**JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.  **2:20-cv-01961-AFM**                                                     Date:  July 21, 2020

Title     **Jose Estrada v. Target Corporation et al.**

Present: The Honorable:     **ALEXANDER F. MacKINNON, U.S. Magistrate Judge**

| Ilene Bernal | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):**

     Pursuant to the joint stipulation for dismissal, this action is dismissed with prejudice, with each party bearing its own attorneys' fees and costs.

     IT IS SO ORDERED.

 

**Initials of Preparer**     ib